# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

149494 & (50)(55)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MAKENZIE GREER, a minor,
KENNETH GREER, individually and
as conservator, and ELIZABETH
GREER,
      Plaintiffs-Appellees/
      Cross-Appellants,

v

ADVANTAGE HEALTH and ANITA
R. AVERY, M.D.,
      Defendants-Appellants/
      Cross-Appellees,

and

TRINITY HEALTH MICHIGAN, d/b/a
ST. MARY'S HOSPITAL and KRISTINA
MIXER, M.D.,
      Defendants.
_____/

SC: 149494
COA: 312655
Kent CC: 10-009033-NH

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the May 13, 2014 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014



Clerk

h1203